No. 806. Kemper Mill & Elevator Co. v. E. R. Pons & Co.—Apelación procedente de la Corte de Distrito de San Juan, Sección 2ª. Moción para desestimar la apelación por no haberse presentado la transcripción de autos. Resuelto

en febrero 12, 1912. Desestimada la apelación por incumplimiento del artículo 299 del Código de Enjuiciamiento Civil, enmendado por la ley de marzo 9, 1911. Abogado de los promoventes: *Sr. Celestino Iriarte, Jr.* Abogado de la parte contraria: *Sr. Miguel Guerra.*